

## NUMBER 13-10-00012-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

_____

ANA LISA AYALA,                                                  **Appellant,**

**v.**

THE STATE OF TEXAS,                                         **Appellee.**

_____

### On appeal from the 206th District Court
### of Hidalgo County, Texas.

_____

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam**

Appellant, Ana Lisa Ayala, by and through her attorney, has filed a motion to withdraw her appeal because she no longer desires to prosecute it. _See_ TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to withdraw the appeal and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will

be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
24th day of March, 2011.